UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JAIME SANCHEZ, *et al*, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> M-I, LLC, § <br> § <br> Defendant. § | CIVIL ACTION NO. 2:18-CV-306 |

## ORDER DENYING MOTION FOR INTERLOCUTORY APPEAL

Before the Court is Defendant's Motion for Interlocutory Appeal (D.E. 170) and Plaintiffs' response (D.E. 190). After due consideration, the Court DENIES the motion.

ORDERED this 18th day of October, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE