United States District Court
Southern District of Texas
**ENTERED**
June 02, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MITCHELL CURRY and FREDDIE THOMAS, JR., individually and on behalf of all others similarly situated,<br><br>v.<br><br>M-I, LLC. | Case No. 2:18-cv-00306<br><br>Judge Nelva Gonzales Ramos |

### ORDER

Before the Court is an unopposed motion by Plaintiffs requesting approval of the Parties' settlement agreement. After reviewing the Parties' motion and supporting papers, including the Parties' agreement, it is hereby

**ORDERED** that the Motion is **GRANTED** in its entirety. It is further

**ORDERED** that the Parties' settlement agreement is **APPROVED** as a fair and reasonable resolution of the Parties' bona fide dispute under the Fair Labor Standards Act.

**ORDERED** that this case and all claims asserted by all Plaintiffs and Opt-in Plaintiffs are **DISMISSED**.

SIGNED this 2nd day of June 2020.

_____
UNITED STATES DISTRICT JUDGE