Case 2:18-cv-00306   Document 241   Filed on 06/08/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 08, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MITCHELL CURRY, ADAM DOHERTY, and FREDDIE THOMAS, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>VS.<br><br>M-I, LLC,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 2:18-CV-306<br>§<br>§<br>§<br>§<br>§ |

## AMENDED FINAL JUDGMENT

Pursuant to the Court's Order (D.E. 239), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 8th day of June, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE